UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES JONATHAN MITCHELL,

    Plaintiff,

vs.                                     Case No.:  3:22-cv-23539/MCR/ZCB

JOHN KOLODZIEJ, et al.,

    Defendants.
_____/

## ORDER

    The magistrate judge issued a Report and Recommendation on July 7, 2023. (Doc. 39).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.     The magistrate judge's Report and Recommendation (Doc. 39) is adopted and incorporated by reference in this order.

1

2. Plaintiff's "Motion for Emergency Preliminary Injunctive Relief" (Doc. 37) is **DENIED** to the extent it requests preliminary injunctive relief.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 1st day of September 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**